# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN RAY BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF FRESNO, *et al.*,<br><br>　　　　　Defendants. | **Prior Case No. 1:14-cv-00998---GSA**<br><br>**New Case No. 1:14-cv-00998---SMS**<br><br>**ORDER RECUSING MAGISTRATE JUDGE GARY S. AUSTIN AND REASSIGNING THE CASE TO MAGISTRATE JUDGE SANDRA M. SNYDER** |

　　　Good cause appearing, the undersigned disqualifies himself from all proceedings in this action. The Clerk of the Court shall reassign this action to the docket of Magistrate Judge Sandra M. Snyder. The new case number is 1:14-cv-00998---SMS. All future pleadings shall be so numbered. Failure to use the correct case number may delay receipt of documents by the appropriate judicial officer.

IT IS SO ORDERED.

　Dated: __June 5, 2015__　　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28